# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, A Pennsylvania corporation, for itself and as Assignee of WRIGHT ENTERTAINMENT GROUP, INC., an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> BRIXMOR SPE 3 LLC, a Delaware limited liability company f/k/a CENTRO BRADLEY SPE 3 LLC, BRIXMOR PROPERTY GROUP, INC., a Maryland corporation, and FEDERAL INSURANCE COMPANY, an Indiana corporation, <br><br> Defendants. | No. <br><br> Jury Demanded |

## NOTICE OF REMOVAL

**TO:** Clerk of the District Court for the Northern District of Illinois

Pursuant to 28 USC, Sections 1332(a) and 1441, Defendants, Brixmor SPE 3 LLC, a Delaware limited liability company f/k/a Centro Bradley SPE 3 LL, Brixmor Property Group, Inc., a Maryland corporation, and Federal Insurance Company, an Indiana corporation, hereby give notice of the removal of this civil action from the Circuit Court of Cook County, Illinois, Chancery Division, to the United States District Court for the Northern District of Illinois. In support of their notice of removal, defendants state as follows:

1.  The named parties in this lawsuit, Ace American Insurance (Plaintiff) and Brixmor SPE 3 LLC, f/k/a Centro Bradley SPE 3, LLC, Brixmor Property Group, Inc., and Federal Insurance Company (Defendants) are citizens of different states as required by 28 U.S.C. Section 1332(a).

2. Ace American Insurance Company, a Pennsylvania Corporation, for itself and as assignee of Wright Entertainment Group, Inc., an Illinois Corporation, initiated this action by filing a complaint in the Circuit Court of Cook County, Illinois, Chancery Division, on May 23, 2017 styled *Ace American Insurance Company, for itself and as Assignee of Wright Entertainment Group, Inc. v. Brixmor SPE LLC, f/k/a Centro Bradley SPE 3 LLC, Brixmor Property Group, Inc. and Federal Insurance Company,* No. 2017 CH 7300 ("the state court action"). (A copy of Ace American Insurance Company's Complaint is attached hereto as Exhibit **"A"**).

3. Brixmor SPE 3 LLC is a Delaware limited liability company with its principle headquarters and place of business in the State of New York.

4. Brixmor Property Group, Inc. is a Maryland corporation with its principal place of business in New York, New York.

5. Federal Insurance Company is an Indiana corporation with its principal place of business in Warren, New Jersey.

6. Ace American Insurance Company describes itself as a Pennsylvania Corporation and its assignee.

7. Wright Entertainment Group, a non-party to this litigation, is described as an Illinois corporation.

8. In its original complaint, which Ace styled as a "Complaint for Declaratory Judgment or Other Relief", Ace attempted to plead the following claims or causes of action:

- Count I – Breach of Contract/Failure to Provide Insurance (directed to Brixmor only);
- Count II – Indemnity (directed to Brixmor only);

- Count III – Breach of Duty to Defend (directed to Federal only);

- Count IV – Equitable Subrogation (directed to Ace only). (Exhibit **"A"**).

9. Each of the counts listed above includes a prayer for relief but Ace does not request either a general or specific dollar amount. To the extent that Ace mentions or references monetary damages in its original complaint, it does so in paragraph 27 where it claims that "as a direct and proximate result of Federal and Brixmor's failure to defend and indemnify, Wright has suffered damages in excess of $50,000.00" but Wright is not a party to this lawsuit.

10. Ace adds that "[it] has suffered damages in the payment of Wright's defense costs which should have been paid by Federal" but does not identify the specific amount of those costs and, likewise, does not allege that those costs exceed $50,000.00, let alone $75,000.00.

11. On March 28, 2016, one of Wright's attorneys, Joseph M. Eichberger, wrote to Brixmor's attorney, Jack Hsu, and stated that his legal fees and costs exceed $25,000.00 since October 5, 2015 and he added that he "can prove it". (See Exhibit **"B"** attached hereto).

12. To the extent that Ace American sought money damages in its original complaint, it did not identify a specific figure or otherwise suggest that its damages exceeded $75,000.00.

13. On August 22, 2016, H&W Risk Management, Ace American's third-party administrator, submitted a letter to Gallagher Bassett Services (Federal's third-party administrator) acknowledging Federal's acceptance of Ace's tender of defense and also demanding payment of defense costs.

3

14. Defendants filed their appearance and jury demand on October 18, 2017. (See Exhibit **"D"** attached hereto).

15. On July 13, 2018, Ace American filed an amended complaint in which it attempts to plead the following claims:

- Count I – Breach of Contract / Failure to Provide Insurance (Brixmor only);
- Count II – Indemnity (Brixmor only);
- Count III – Breach of Duty to Defend (Federal Insurance only);
- Count IV – Equitable Subrogation (Federal Insurance only);
- Count V – Bad Faith in Violation of Section 155 (Federal Insurance only).

(See Exhibit **"E"** attached hereto).

16. Under Count V of its amended complaint, Ace American seeks the following relief:

- Legal fees in the amount of $25,165.10 plus pre-judgment interest and interest on its judgment at the highest rate permitted by Illinois law;
- All legal fees and costs associated with this action permitted by Section 155;
- The payment of $60.000.00 as allowed under Section 155 and such other and further relief as this Court deems just and proper. (Exhibit **"E"**).

17. Prior to July 13, 2018, Federal and Brixmor reasonably believed that Ace American's alleged damages were well under $75,000.00 and did not exceed $50,000.00 notwithstanding Ace's contention that Wright Entertainment Group – which is not a party to this litigation – sustained losses in excess of $50,000.00.

18. The Defendants, Brixmor and Federal Insurance, seek removal at this time because the amended pleading explicitly and unequivocally seeks damages in excess of $75,000.00, namely $85,165.10.

4

19. Federal and the Brixmor Defendants complied with all the procedural requirements for removal set forth in 28 USC Section 1446. As noted above, the notice of removal is being filed within thirty days of the date on when Ace American filed its amended complaint (July 13, 2018).

20. Notice of removal is being provided to Ace American, through its attorneys of record, Bryce, Downey & Lenkov, 200 North LaSalle Street, Suite 2700, Chicago, Illinois 60601.

21. Pursuant to Section 1446(d), a copy of this notice of removal will be filed with the Circuit Court of Cook County in Case No. 17 CH 7300. (See Exhibit **"F"** attached hereto).

22. A copy of all process, pleadings and orders (besides the original and amended complaint) served on the defendant in the Chancery litigation is attached as Group Exhibit **"G"**.

23. To meet the jurisdiction requirements of 28 U.S.C. Section 1332(a), the named plaintiff's personal claims must satisfy the $75,000.00 amount in controversy. Ace American's request for an award of attorney's fees and costs in the amount of $25,165.10 and award of $60,000.00 pursuant to 215 ILCS 5-155 due to Federal's alleged failure to pay the attorney's fees and defense costs it incurred in the *Burlington Coat* matter easily surpasses the $75,000.00 amount in controversy requirement.

24. The damages Ace requests under 215 ILCS 5/155 count towards the jurisdictional total. See e.g. *Jump v. Schaeffer & Associates Insurance Brokerage, Inc.,* 123 F.Ed. App.'x 717, 720 (7th Cir. 2005); *Perry v. Transamerica Life Insurance Company,* No. 10-3104, 2010 WL 2721819 at *2 (C.D. Ill. July 8, 2010); *Trent v. Ohio*

*National Life Insurance Company,* No. 10-715, 2010 WL 4385496 at *3 (S.D. Ill. October 20, 2010) (jurisdictional amount in controversy satisfied by combining the damages requested with the fees allowed under 215 ILCS 5/155, but cause remanded for incomplete diversity of parties).

25. By filing this notice of removal, Federal and Brixmor do not waive their right to assert any defenses which they could have asserted in the Circuit Court of Cook County.

WHEREFORE, for the foregoing reasons, Defendants, Brixmor SPE 3 LLC, a Delaware limited liability company f/k/a Centro Bradley SPE 3 LL, Brixmor Property Group, Inc., a Maryland corporation, and Federal Insurance Company, remove this action from the Circuit Court of Cook County, Illinois, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division and respectfully request that this Court exercise jurisdiction over this action.

Respectfully submitted,

\s\ Patrick J. Ruberry

**Kenneth J. Barrish (ARDC # 6203263)**
**Patrick J. Ruberry  (ARDC # 6188844)**
**Litchfield Cavo LLP**
**303 West Madison, Suite 300**
**Chicago, Illinois 60606**
**Phone:  312-781-6640 (Kenneth J. Barrish)**
**Phone:  312-781-6675 (Patrick J. Ruberry)**
**Fax:     312-781-6630**
**barrish@litchfieldcavo.com**
**ruberry@litchfieldcavo.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 6, 2018</u>, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the Court's e-filing system, which will send electronic notification of the filing to all parties who have appeared and have registered as e-filing participants in this matter, and hereby certify that I have served by email and United States Postal Service the document to the following:

Jeanne M. Hoffmann
Joseph Eichberger
Bryce Downey & Lenkov LLC
200 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
Email:  jhoffman@bdlfirm.com
Email:  jeichberger@bdlfirm.com


                                                          /s/ Patrick J. Ruberry

**Kenneth J. Barrish (ARDC # 6203263)**
**Patrick J. Ruberry  (ARDC # 6188844)**
**Litchfield Cavo LLP**
**303 West Madison, Suite 300**
**Chicago, Illinois 60606**
**Phone:  312-781-6640 (Kenneth J. Barrish)**
**Phone:  312-781-6675 (Patrick J. Ruberry)**
**Fax:     312-781-6630**
barrish@litchfieldcavo.com
ruberry@litchfieldcavo.com

7